# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Reagent World, Inc. ) ASBCA No. 61655
)
Under Contract No. W9124M-17-P-0055 )

APPEARANCE FOR THE APPELLANT:       Bryan B. Arnold, Esq.
                                     Gordee Nowicki & Blakeney, LLP
                                     Irvine, CA

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                     Army Chief Trial Attorney
                                     CPT Jeremy D. Burkhart, JA
                                     MAJ Wayne T. Branom, JA
                                     Scott N. Flesch, Esq.
                                     Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 8, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61655, Appeal of Reagent World, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals